No. 69551.—Balfour Guthrie & Co., Ltd. v. United States, protests 59/7567 and 59/27009 (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of galvanized wire, not over twenty one-hundredths and not under eight one-hundredths of an inch in diameter, commonly used for fencing purposes, the claim of the plaintiff was sustained.

No. 69552.—Norton & Ellis, Inc. v. United States, protests 60/23856, etc. (Norfolk).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of spindles and parts thereof, dedicated to use on twister and spinning frames employing the "Cotton System," similar in all material respects to those the subject of *Atkinson, Haserick & Co., Inc.* v. *United States* (52 Cust. Ct. 215, C.D. 2463), the claim of the plaintiff was sustained.